Opinion issued January 10, 2008









Opinion issued January
10, 2008

 

 

 

 

 

 








 

     

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-06-01099-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



MICHAEL EASTON, Appellant

 

V.

 

MICHAEL JAMES WOOD, Appellee

 

 



On Appeal from the 125th District Court

Harris County, Texas

Trial Court Cause No. 2006-36929

 








 



MEMORANDUM OPINION

 

          The parties have each moved
to dismiss this appeal.  No opinion has issued.  Accordingly, the appeal is
dismissed with prejudice.  Tex. R. App.
P. 42.1(a).  

All other pending motions are
overruled as moot.  The Clerk is directed to issue the mandate within 10 days
of the date of this opinion.  Tex. R.
App. P. 18.1. 

PER CURIAM

 

Panel consists of Chief Justice Radack and Justices
Alcala and Bland.